# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADA RIVAS,<br>      Plaintiff(s),<br>v.<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br>      Defendant(s). | Case No.: 2:20-cv-00306-JCM-NJK<br><br>**ORDER** |

On April 6, 2020, the Court denied the parties' proposed discovery plan without prejudice. Docket No. 12.  An amended discovery plan has not been filed.  The Court hereby **ORDERS** that an amended discovery plan be filed by April 23, 2020.

IT IS SO ORDERED.

Dated: April 17, 2020

                                                                            _____
Nancy J. Koppe
United States Magistrate Judge