McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY
erroneously sued and served herein as
GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADA RIVAS,<br><br>           Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO; DOES I through X; ROE BUSINESS ENTITIES I through X; inclusive,<br><br>           Defendants. | Case No. 2:20-cv-00306-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this 8 day of September, 2020

BRANDON SMERBER LAW FIRM

By _____
Lew Brandon, Jr., Nevada Bar No. 5880
Justin W. Smerber, Nevada Bar No. 10761
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
Tel. (702) 380-0007

Attorneys for Plaintiff

DATED this 11 day of September, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED September 18, 2020.

_____
UNITED STATES DISTRICT JUDGE

7074161.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS NV 89113

2                Case No. 2:20-cv-00306-JCM-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE